**Order entered December 1, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00487-CR

**JOSE RAMIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F14-24205-H**

## ORDER

The Court **GRANTS** appellant's November 29, 2015 motion to extend time to file his brief only to the extent that we **ORDER** appellant to file his brief by **JANUARY 4, 2016**.


/s/     ADA BROWN
        JUSTICE